Barbara J. LEWIS and Radcliffe B. Lewis, Appellants

v.

Adrian FENTY, Mayor, Government of the District of Columbia, (In its official thereof), et al., Appellees.

No. 08–7027.

United States Court of Appeals, District of Columbia Circuit.

Sept. 10, 2008.

Rehearing En Banc Denied Dec. 30, 2008.

Barbara J. Lewis, Radcliffe B. Lewis, Washington, DC, for Appellants.

Edward Eugene Schwab, Deputy Attorney General, Office of the Attorney General for the District of Columbia Office of the Solicitor General, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and TATEL and GRIFFITH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellants. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 22, 2008, 534 F.Supp.2d 20, be affirmed. The district court properly dismissed the case for lack of subject matter jurisdiction because it is not a civil action arising under federal law, see 28 U.S.C. § 1331, or between citizens of different states with an amount in controversy of more than $75,000, see 28 U.S.C. § 1332; nor does the complaint allege any other basis for the district court's jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.